# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160907-8(84)(85)(86)

LEAGUE OF WOMEN VOTERS OF
MICHIGAN, MICHIGANDERS FOR FAIR
AND TRANSPARENT ELECTIONS,
HENRY MAYERS, VALERIYA
EPSHTEYN, and BARRY RUBIN,
      Plaintiffs-Appellees,

and

SENATE and HOUSE OF REPRESENTATIVES,
      Intervenors-Appellants,

v

SENATE and HOUSE OF REPRESENTATIVES,
      Plaintiffs-Appellants,

SECRETARY OF STATE,
Defendant-Appellee.

_____

SENATE and HOUSE OF REPRESENTATIVES,
      Plaintiffs-Appellants,

v

SECRETARY OF STATE,
      Defendant-Appellee.

_____/

SC: 160907
COA: 350938
Ct of Claims: 19-000084-MM

SC: 160908
COA: 351073
Ct of Claims: 19-000092-MZ

On order of the Chief Justice, the separate motions of the American Civil Liberties Union of Michigan, the Michigan Manufacturers Association, and the State Government Leadership Foundation to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those groups on January 28, 2020, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2020



Clerk